STATE of Missouri,
Plaintiff/Respondent,

v.

Fred WINSTON, Defendant/Appellant.

No. ED 77042.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 31, 2000.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE, J. and CHARLES B. BLACKMAR, Sr.J.

*ORDER*

PER CURIAM.

Fred Winston, movant, appeals from the judgment denying on the merits his Rule 29.07(d) motion to withdraw his guilty plea after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that no jurisprudential purpose would be served by a written opinion. We have, however, provided a memorandum opinion for the use of only the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).